IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALEXANDRA P. PEARSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FORLOH, INC.,<br><br>    Defendant. | CV 23-78-M-DLC-KLD<br><br>ORDER |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

    DATED this 30th day of June, 2023.

                                                        Kathleen L. DeSoto
                                                        United States Magistrate Judge