IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALEXANDRA P. PEARSON, | CV 23–78–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| FORLOH, INC., | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice. (Doc. 20.)  The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 20) is GRANTED and the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 4th day of June, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1